IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JAMES W. ROBERTSON SR., | § § | |
| Plaintiff | § § | Civil No. A18CV0373-LY |
| -v- | § § | |
| INTRATEK COMPUTER, INC., ALLAN FAHAMI, ROGER RININGER | § § § | |
| Defendants. | § | |

PLAINTIFF'S MOTION TO UNSEAL COMPLAINT

 

Colin Walsh
Texas Bar No. 24079538
*Board Certified Specialist, Texas Board of Legal Specialization, Labor and Employment Law*
Jairo Castellanos
Texas Bar No. 24089624

WILEY WALSH, P.C.
1011 San Jacinto Blvd., ste 401
Austin, TX 78701
Telephone: (512) 27-5527
Facsimile: (512) 201-1263
colin@wileywalsh.com
ATTORNEYS FOR PLAINTIFF

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

On May 3, 2018, Plaintiff filed his motion to seal the original complaint in this matter. The purpose of filing under seal was to meet the statute of limitations deadline while allowing the VA's Office of the Inspector General and the FBI to further investigate Mr. Robertson's claims. On May 7, this Court granted the motion. Since then, Plaintiff's counsel has been in contact with the OIG investigator. The OIG investigator indicated that, at this stage, the complaint may be unsealed without affecting the ongoing investigation. Moreover, prior to filing, a copy of this motion was provided to the investigator, who stated he had no problem with it being filed.

Therefore, Plaintiff requests that his complaint be unsealed.

## Prayer

Plaintiff respectfully requests the Court unseal Plaintiff's Original Complaint.

>Respectfully submitted,
>WILEY WALSH, P.C.
>
>By: _____/s/ Colin Walsh_____
>Colin Walsh
>Texas Bar No. 24079538
>*Board Certified Specialist, Texas Board of Legal Specialization, Labor and Employment Law*
>Jairo Castellanos
>Texas Bar No. 24089624
>
>WILEY WALSH, P.C.
>1011 San Jacinto Blvd., ste 401
>Austin, TX 78701
>Telephone: (512) 27-5527
>Facsimile: (512) 201-1263
>colin@wileywalsh.com
>ATTORNEYS FOR PLAINTIFF