FILED
2023 JAN 10 PM 12:05
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| James W. Robertson, Sr. and Robertson Technologies, Inc., § § § § | |
| Plaintiffs, § | |
| § | Case No. 1:18-CV-00373-LY |
| v. § § | |
| Intratek Computer, Inc., Allan Fahami, and Roger Hayes Rininger, § § | |
| Defendants. | |

## ORDER

This matter is before the Court on the Motion for Partial Substitution filed by the United States of America. Upon consideration the motion and the Court finding the same to be meritorious, it is ORDERED that the United States of America be, and hereby is, substituted for and on behalf of Defendant Roger Hayes Rininger with respect to Plaintiffs' claims based on conduct alleged to have occurred within the Department of Veterans Affairs.

All pleadings filed in this action shall henceforth reflect the addition of United States of America as a part defendant in this action.

This the 10th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE

8